UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | WHITE, RAYMOND J | § | Case No. 12-03408 |
| | WHITE, ROSEMARY | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 05/13/2013 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/10/2013　　　　By:　　/s/Eugene Crane
　　　　　　　　　　　　　　　　　　　　Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WHITE, RAYMOND J § Case No. 12-03408
, WHITE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    10,000.00

*and approved disbursements of*     $    137.06

*leaving a balance on hand of* [1]     $    9,862.94

**Balance on hand:**     $    9,862.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    9,862.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 5,280.50 | 0.00 | 5,280.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 14.10 | 0.00 | 14.10 |

Total to be paid for chapter 7 administration expenses:    $    7,044.60
Remaining balance:    $    2,818.34

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,818.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $60.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 60.07 | 0.00 | 60.07 |

Total to be paid for priority claims: $ 60.07
Remaining balance: $ 2,758.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,719,609.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 571.75 | 0.00 | 0.93 * |
| 2 -4 | Capital One, N.A. | 0.00 | 0.00 | 0.00 ** |
| 3 | Henry F. Smith | 968,447.69 | 0.00 | 1,553.39 |
| 4 | Frank Sacco | 719,924.94 | 0.00 | 1,154.76 |
| 5 | PYOD, LLC its successors and assigns as assignee | 3,251.46 | 0.00 | 5.22 |
| 6 | Capital One, N.A. | 27,413.59 | 0.00 | 43.97 |

Total to be paid for timely general unsecured claims: $ 2,758.27
Remaining balance: $ 0.00

*Dividends under $5.00 to be deposited w/Court
**Claim is amended by Claim no. 6

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                         Case No. 12-03408-ABG
Raymond J White                                                Chapter 7
Rosemary C White
         Debtors
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: dross              Page 1 of 2         Date Rcvd: Apr 12, 2013
                              Form ID: pdf006          Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2013.
db/jdb        +Raymond J White,   Rosemary C White,    813 Chimney Rock,   Inverness, IL 60067-4715
18426861      +Bayview Loan Servicing, LLC,   c/o Heavner, Scott, Beyers, et al,    P.O. Box 740,
                Decatur, Illinois 62525-0740
19455486       Capital One, N.A.,   P.O. Box 85140,   Richmond, VA 23285-5140
18426931      +Frank Sacco,   Franks Gerkin & McKenna PC,   19333 East Grant Highway,    Marengo IL 60152-8234
18426904     #+Gene Gopon,   30 Scott Loop,   Highland Park, Illinois 60035-5906
18426863      +Harris Bank, N.A.,   111 West Monroe Street,   Chicago, Illinois 60603-4095
18426858      +Harris Bank, N.A.,   4040 Gulf Shore Boulevard North,   Naples, Florida 34103-2212
18426932      +Henry F. Smith,   P.O. Box 2126,   Cleveland, Ohio 37320-2126
18426887       Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, Illinois 60664-0338
18426860      +Merrill Lynch Credit Corporation,   9700 Bissonnet Street,   Suite 1500,
                Houston, Texas 77036-8013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19498757      +E-mail/Text: resurgentbknotifications@resurgent.com Apr 13 2013 00:18:19
                PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19455700*      Capital One, N.A.,   P.O. Box 85140,   Richmond, VA 23285-5140
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2013**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dross              Page 2 of 2           Date Rcvd: Apr 12, 2013
                              Form ID: pdf006          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2013 at the address(es) listed below:

        Adham Alaily    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A. aalaily@ehrenbergeganlaw.com
        Christopher R Murphy    on behalf of Creditor    PHH Mortgage Corporation cmurphy@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
        David Seidman    on behalf of Joint Debtor Rosemary C White davseidman@hotmail.com
        David Seidman    on behalf of Debtor Raymond J White davseidman@hotmail.com
        Donna Rizzuto    on behalf of Creditor    BMO Harris Bank drizzuto@howardandhoward.com, kperez@howardandhoward.com
        Eugene Crane    on behalf of Trustee Eugene Crane ecrane@craneheyman.com, il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
        Eugene Crane    ecrane@craneheyman.com, il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 8