**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WHITE, RAYMOND J § Case No. 12-03408
, WHITE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,057,797.46 *(without deducting any secured claims)* | Assets Exempt: $272,800.00 |
| Total Distribution to Claimants: $2,818.34 | Claims Discharged Without Payment: $3,419,474.25 |
| Total Expenses of Administration: $7,181.66 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $765,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,181.66 | 7,181.66 | 7,181.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,428.75 | 60.07 | 60.07 | 60.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,702,623.09 | 1,747,023.02 | 1,719,609.43 | 2,758.27 |
| **TOTAL DISBURSEMENTS** | $2,469,051.84 | $1,754,264.75 | $1,726,851.16 | $10,000.00 |

4) This case was originally filed under Chapter 7 on January 31, 2012. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2013          By: /s/EUGENE CRANE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Lexus automobile | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bayview Loan Servicing, LLC | 4110-000 | 166,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Merrill Lynch Credit Corporation | 4110-000 | 363,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank, NA | 4110-000 | 130,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank NA | 4110-000 | 106,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$765,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 5,280.50 | 5,280.50 | 5,280.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 14.10 | 14.10 | 14.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.18 | 15.18 | 15.18 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.62 | 8.62 | 8.62 |
| Rabobank, N.A. | 2600-000 | N/A | 13.26 | 13.26 | 13.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,181.66 | $7,181.66 | $7,181.66 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | N/A | 60.07 | 60.07 | 60.07 |
| NOTFILED | Department of the Treasury | 5800-000 | 1,428.75 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,428.75 | $60.07 | $60.07 | $60.07 |

### EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 571.75 | 571.75 | 0.93 |
| 2 -4 | Capital One, N.A. | 7100-000 | N/A | 27,413.59 | 0.00 | 0.00 |
| 3 | Henry F. Smith | 7100-000 | N/A | 968,447.69 | 968,447.69 | 1,553.39 |
| 4 | Frank Sacco | 7100-000 | N/A | 719,924.94 | 719,924.94 | 1,154.76 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,251.46 | 3,251.46 | 5.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Capital One, N.A. | 7100-000 | N/A | 27,413.59 | 27,413.59 | 43.97 |
| NOTFILED | Bayview Loan Servicing, LLC | 7100-000 | 54,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gene Gopon | 7100-000 | 34,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank, NA | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank, NA | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Henry F. Smith | 7100-000 | 863,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards | 7100-000 | 4,981.19 | N/A | N/A | 0.00 |
| NOTFILED | Frank Sacco | 7100-000 | 709,591.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,702,623.09 | $1,747,023.02 | $1,719,609.43 | $2,758.27 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-03408  
**Case Name:** WHITE, RAYMOND J  
, WHITE  
**Period Ending:** 07/17/13

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 01/31/12 (f)  
**§341(a) Meeting Date:** 03/13/12  
**Claims Bar Date:** 11/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 813 Chimney Rock, Inverness, Illinois<br>Order Compelling Ttee to Abandon entered on 09/12/2012 | 475,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1747 Crystal Lane, Mt. Prospect, Illinois | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1056 Forest Lakes Drive, Apt A101, Naples FL | 100,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 6 | Wearing Apparel | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Insurance Policies-Mass Mutual Life Insurance | 51,123.46 | 51,123.46 | | 0.00 | FA |
| 9 | Insurance Policies-Genworth Financial | 89,274.00 | 89,274.00 | | 0.00 | FA |
| 10 | Pension Plans and Profit Sharing | 220,000.00 | 0.00 | | 0.00 | FA |
| 11 | Interest in Paymaster Technologies, Inc. | Unknown | Unknown | | 0.00 | FA |
| 12 | 2005 Lexus automobile | 17,000.00 | 14,600.00 | | 10,000.00 | FA |
| 13 | 1995 Buick automobile | 2,400.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$1,074,797.46** | **$167,997.46** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/30/2013: Final Report filed this period. Hearing on 05/13. (dk)

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** April 5, 2013 (Actual)

Printed: 07/17/2013 12:12 PM  V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-03408 | | **Trustee:** | EUGENE CRANE (330350) |
| --- | --- | --- | --- | --- |
| **Case Name:** | WHITE, RAYMOND J, WHITE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******25-66 - Checking Account |
| **Taxpayer ID #:** | **-***2330 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 07/17/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/07/12 | {12} | Raymond White | Settlement on Trustee RTI of 2005 Lexus | 1129-000 | 10,000.00 | | 10,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,925.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,900.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 9,900.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,900.00 | |
| | | | **Subtotal** | | 10,000.00 | 100.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$100.00** | |

{} Asset reference(s)             Printed: 07/17/2013 12:12 PM    V.13.13

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-03408  
**Case Name:** WHITE, RAYMOND J, WHITE  
**Taxpayer ID #:** **-***2330  
**Period Ending:** 07/17/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****792366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,900.00 | | 9,900.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.18 | 9,884.82 |
| 02/07/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-03408, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 8.62 | 9,876.20 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.26 | 9,862.94 |
| 05/14/13 | 10102 | EUGENE CRANE | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 8,112.94 |
| 05/14/13 | 10103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $5,280.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,280.50 | 2,832.44 |
| 05/14/13 | 10104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $14.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 14.10 | 2,818.34 |
| 05/14/13 | 10105 | Illinois Department of Revenue | Dividend paid 100.00% on $60.07; Claim# 1P; Filed: $60.07; Reference: | 5800-000 | | 60.07 | 2,758.27 |
| 05/14/13 | 10106 | Henry F. Smith | Dividend paid 0.16% on $968,447.69; Claim# 3; Filed: $968,447.69; Reference: | 7100-000 | | 1,553.39 | 1,204.88 |
| 05/14/13 | 10107 | Frank Sacco | Dividend paid 0.16% on $719,924.94; Claim# 4; Filed: $719,924.94; Reference: | 7100-000 | | 1,154.76 | 50.12 |
| 05/14/13 | 10108 | PYOD, LLC its successors and assigns as assignee | Dividend paid 0.16% on $3,251.46; Claim# 5; Filed: $3,251.46; Reference: | 7100-000 | | 5.22 | 44.90 |
| 05/14/13 | 10109 | Capital One, N.A. | Dividend paid 0.16% on $27,413.59; Claim# 6; Filed: $27,413.59; Reference: | 7100-000 | | 43.97 | 0.93 |
| 05/14/13 | 10110 | Clerk of the United States Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.93 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 9,900.00 | 9,900.00 | $0.00 |
| Less: Bank Transfers | 9,900.00 | 0.00 | |
| Subtotal | 0.00 | 9,900.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $9,900.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-03408 | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | WHITE, RAYMOND J | | Bank Name: | Rabobank, N.A. |
| | , WHITE | | Account: | ****792366 - Checking Account |
| Taxpayer ID #: | **-***2330 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/17/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   10,000.00

Net Estate :   $10,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******25-66 | 10,000.00 | 100.00 | 0.00 |
| Checking # ****792366 | 0.00 | 9,900.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)   Printed: 07/17/2013 12:12 PM   V.13.13